UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON LEEDS,<br><br>       Petitioner,<br><br>  -against-<br><br>EVFOODS, LLC, et al.,<br><br>       Respondent. | 23-CV-07191 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **December 20, 2023.** The Clerk of the Court is respectfully requested to close the motion at ECF No. 12.

**Dated:  November 17, 2023**
   New York, New York

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**